JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Mehrdad Fotoohighiam ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
City of Columbia Missouri ;
**County of Residence:** Outside This District

Additional Defendants(s):
The City of Columbia Police Department ;
John Jane Doe ;

**County Where Claim For Relief Arose:** Boone County

**Plaintiff's Attorney(s):**
Alexander Perry Matthew (Mehrdad Fotoohighiam)
Perry Law Firm, LLC
1220 SUNSET DR.
Columbia, Missouri 65203-2348
**Phone:** 5737772623
**Fax:**
**Email:** APerryLawFirm@gmail.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
   Plaintiff: N/A
   Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** This is a civil rights action brought under 42 U.S.C. § 1983, involving violations of the Second, Fourth, and Fourteenth Amendments of the United States Constitution. The plaintiff alleges the unlawful seizure and destruction of his firearm by officers of the Columbia City Police Department without due process, constituting violations of his constitutional rights. The plaintiff also brings claims for racial profiling, ethnic-based discrimination, and conversion under Missouri state law, seeking compensatory and punitive damages, as well as injunctive relief and declaratory judgments.

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 200

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Matthew Alexander Perry  *[signed]*

**Date:** 03/21/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.