# Your City of Columbia, MO public records request #25-912 has been closed.

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**City of Columbia MO Public Records** <messages@nextrequest.com> 9:40 AM (9 minutes ago)

to me

-- Attach a non-image file and/or reply ABOVE THIS LINE with a message, and it will be sent to staff on this request. --

## City of Columbia, MO Public Records

### Record request #25-912 has been closed. The closure reason supplied was:

Good Morning,
This is in response to your request for records received 2/18/2025.
You have requested:
"Status of my Remington Rifle removed from my house by CPD in 2015!
In July 2015 CPD Officers removed my .22 caliber Remington Rifle, which was on of my 18 guns from my house at 5503 Carrick Crt, Columbia, MO 65203, without a subpoena or a court order. I would like to get the complete report and it's whereabouts."
I am in receipt of your request. The Sunshine Unit has provided all documentation in relation to you from creation to 2024. I have confirmed with Evidence that the records they

> sent/provided to you are still current. The Evidence unit has provided you with all documents you have requested. The status has not been changed since your last request. The weapon remains destroyed. There are no further records to be provided at this time.
> Sincerely,
> Columbia Police Department
> **View Request 25-912**
>
> https://cityofcolumbiamo.nextrequest.com/requests/25-912



*Questions about your request?* Reply to this email or sign in to contact staff at City of Columbia, MO.

*Technical support:* See our **help page**

---



**Bany Aziz**  9:49 AM (0 minutes ago)

to cityofcolumbiamo_25-912-requester-notes

I seem to have misplaced your written response to me pertaining to my Remington Rifle, which you stated CPD destroyed. Hence, I am requesting for a copy of what you already sent me, and I seem to have misplaced. Please provide me with a copy of the same correspondence you sent.

Thank you.

Dr. Mehrdad Fotoohighiam