COLUMBIA POLICE DEPARTMENT

PROPERTY ROUTING FORM
2015-006997

DATE: 06/27/2015
REPORT UCR CHARGE: WARRANT (FELONY) (STATE)        WARRANT (F
ARREST CHARGE: WARRANT (FELONY) (STATE)            WARRANT (F COUNTS: 1

SUSPECT(S)
NAME: FOTOOHIGHIAM, MEHRDAD        DOB: ████/1954   TYPE: ADULT-ARRESTED

VICTIM(S)

PROPERTY ITEM(S)
EVIDENCE ITEM:  GUN                      TYPE: SAFEKEEPING
BRAND: REMINGTON                 MODEL: 22CAL
SERIAL NUMBER: ████                                 ITEM ID: ████
QUANTITY: 1       UNIT:            REC VALUE: 200
RECOVERED DATE, TIME AND LOCATION(S): 06/30/15


SCENE MARKER:                    FORFEITURE?: NO
DESCRIPTION: .22 CALIBER RIFLE Deot
HOW PACKAGED: EVIDENCE BOXES              LOCATION: EVIDENCE LOCKER NO 26
DISPOSITION OF THIS ITEM: RETURN TO OWNER
CONTAINER NUMBER: 1       CELL #:                 PRIOR MSHP #:

OWNER: FOTOOHIGHIAM, MEHRDAD        PHONE: 573-443-2520
ADDRESS: 5503 CARRICK CT-CO                 , COLUMBIA      , MO 65203
                    * * * * * * * * * *

EVIDENCE ITEM: GUN                       TYPE: SAFEKEEPING
BRAND: CARTRIDGES                MODEL:
SERIAL NUMBER:                                      ITEM ID: ████
QUANTITY: 12      UNIT:            REC VALUE: 0
RECOVERED DATE, TIME AND LOCATION(S): 06/30/15


SCENE MARKER:                    FORFEITURE?:
DESCRIPTION: .22 CALIBER SHELLS Deot
HOW PACKAGED: PAPER BAG                   LOCATION: EVIDENCE LOCKER NO 26
DISPOSITION OF THIS ITEM: RETURN TO OWNER
CONTAINER NUMBER: 2       CELL #:                 PRIOR MSHP #:

OWNER: FOTOOHIGHIAM, MEHRDAD        PHONE: 573-443-2520
ADDRESS: 5503 CARRICK CT-CO                 , COLUMBIA      , MO 65203
                    * * * * * * * * * *

--------------------------------------------------------------------
PURPOSE OF EVIDENCE: (CHECK ONE OR MORE OF THE FOLLOWING)

====================================================================
     2015-006997     PRINTED: 06/30/15  15:41:47  BY: 00001695
                    COLUMBIA POLICE DEPARTMENT                PAGE 1

# GUN DESTRUCTION

| CASE NUMBER | ITEM # | MAKE | MODEL | TYPE | CALIBER | SERIAL # |
|---|---|---|---|---|---|---|
| 2012-000236 ✓ | 1 | BRYCO | BRY | PISTOL | 380 | |
| 2012-001701 ✓ | 1 | ROHM | RG10S | REVOLVER | 22 | |
| 2012-013459 ✓ | 2 | RUGER | P95DC | PISTOL | 9MM | |
| 2012-014438 ✓ | 1 | CENTURY ARMS | AKMS | RIFLE | ? | |
| 2012-014438 ✓ | 2 | CZ USA | 75 | PISTOL | 9MM | |
| 2013-013967 ✓ | 27 | RUGER | SECURITY | REVOLVER | 357 | |
| 2014-002167 ✓ | 1 | BERETTA | U22 | PISTOL | 22 | |
| 2014-005800 ✓ | 19 | WESTERN FIELD | UNKNOWN | SHOTGUN | UNK | |
| 2014-007823 ✓ | 1 | HI POINT | JCP | PISTOL | 40 | |
| 2014-013056 ✓ | 2 | STOEGER | COUGAR | PISTOL | 9MM | |
| 2015-002120 ✓ | 5 | JIMENEZ ARMS | JA380 | PISTOL | 380 | |
| 2015-003095 ✓ | 1 | SKYY | CPX1 | PISTOL | 9MM | |
| 2015-003880 ✓ | 5 | PARAMOUNT | 32 | PISTOL | 32 | |
| 2015-004487 ✓ | 2 | COBRA | DEN380B | PISTOL | 380 | |
| 2015-006997 ✓ | 1 | REMINGTON | 22CAL | RIFLE | 22 | |
| 2015-008883 ✓ | 1 | LORCIN | L22 | PISTOL | 22 | |

DESTROYED BY  
PRINTED NAME

WITNESSED BY 5/17/16  
PRINTED NAME




# CITY OF COLUMBIA, MISSOURI

**POLICE DEPARTMENT**

August 26, 2015

MEHRDAD FOTOOHIGHIAM
5503 CARRICK CT
COLUMBIA, MO 65203

Dear MEHRDAD:

Recent audits of our property control records show that the Columbia Police Department is holding property belonging to you. The item(s) include: REMINGTON 22 RIFLE. The case number to reference for the item(s) is: 2015-006997.

According to the conditions of your probation or Federal, State, or municipal laws you are not to posses or transport a firearm. Due to these conditions you may turn your firearm(s) over to a third party. Because you have a pending felony charge.

The third party can not live with you and is subject to have a Criminal History Check done on them so we will need to have this persons Name, Date of Birth, Race, Sex, and Social Security Number in advance of setting up an appointment to pick up the firearm(s). You will need to call 573-874-7328 between the hours of 9:00 am to 11:45 and 1:15 p.m. to 4:00 p.m., Tuesday through Thursday with the third parties information or have the third party call with the Case Number for the firearms. PROPERTY WILL NOT BE RELEASED WITHOUT AN APPOINTMENT.

Once we get the information and the Criminal History check is done we will call you to make an appointment. You will need to be with the third party when picking up the firearm(s). There is some paperwork that will need to be filled out by both you and the third party person.

If you no longer wish to receive the items, you can choose to do nothing and they will be disposed of in 30 days or you can call our office and we will immediately dispose of the item(s).

Yours truly,

▮▮▮▮▮▮▮▮

Evidence Unit

▮▮▮▮▮▮▮▮

600 E Walnut St · Columbia, Missouri 65201
(573) 874-7652 · FAX (573) 874-3142 · TTY (573) 874-7652
www.GoColumbiaMO.com

 

# CITY OF COLUMBIA, MISSOURI

POLICE DEPARTMENT

FEBRUARY 11, 2016

MEHRDAD FOTOOHIGHIAM
1816 GRINDSTONE PKWY
COLUMBIA, MO  65201

Dear MEHRDAD:

Recent audits of our property control records show that the Columbia Police Department is holding property belonging to you. The item(s) include: REMINGTON 22 RIFLE. The case number to reference for the item(s) is: 2015-006997.

According to the conditions of your probation or Federal, State, or municipal laws you are not to posses or transport a firearm. Due to these conditions you may turn your firearm(s) over to a third party.

The third party can not live with you and is subject to have a Criminal History Check done on them so we will need to have this persons Name, Date of Birth, Race, Sex, and Social Security Number in advance of setting up an appointment to pick up the firearm(s). You will need to call 573-874-7328 between the hours of 9:00 am to 11:45 and 1:15 p.m. to 4:00 p.m., Tuesday through Thursday with the third parties information or have the third party call with the Case Number for the firearms. PROPERTY WILL NOT BE RELEASED WITHOUT AN APPOINTMENT.

Once we get the information and the Criminal History check is done we will call you to make an appointment. You will need to be with the third party when picking up the firearm(s). There is some paperwork that will need to be filled out by both you and the third party person.

If you no longer wish to receive the items, you can choose to do nothing and they will be disposed of in 30 days or you can call our office and we will immediately dispose of the item(s).

Yours truly,

███████
Evidence Unit

███████

(573) 874-7652 · FAX (573) 874-3142 · TTY (573) 874-7652
www.GoColumbiaMO.com

Case 2:25-cv-04042-BP    Document 1-3    Filed 03/09/25    Page 4 of 7

2015-6997



# CITY OF COLUMBIA, MISSOURI

POLICE DEPARTMENT
600 EAST WALNUT
COLUMBIA, MISSOURI 65201

## EVIDENCE UNIT

MEHRDAD FOTOOHIGHIAM
1816 GRINDSTONE PKWY
COLUMBIA, MO 65201

NIXIE  652011030-1N  02/20/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

header top



# Sunshine Request - M. Fotoohighiam

1 message

**Jade Mills**                                                Wed, Jun 15, 2022 at 12:44 PM
To: Police Evidence

Greetings,

I have received the following Sunshine Request for Mr. Fotoohighiam:

"1. Record of Officers seizing my black classic Remington Riffle on June 29, 2015 from 5503 Carrick Crt. And what did CPD did with it!

2. All of my documents and files seized by Dect. Wilmoth from my house at 5503 Carrick Ct, Columbia in July 2015!"

Please provide copies of any responsive records.

Thank you for your assistance, as always.

Jade Mills
Records Custodian
Columbia Police Department
600 E. Walnut Street, Columbia, MO 65201
573-874-7661

--
You received this message because you are subscribed to the Google Groups "Police Evidence" group.
To unsubscribe from this group and stop receiving emails from it, send an email to evidencepd+unsubscribe@como.gov.

2015-6997



# Columbia Police Department Evidence Unit

## Criminal History NCIC/MULES Request
## For Release of Firearm

Date of Request: July 1, 2015

Case Number: 2015-006997

**Owner:** MEHRDAD FOTOOHIGHIAM  DOB: ███ 1954  RACE: W  SEX: M
Social Security Number: ███    Residence State: MO

**Firearm Information:**  Make/Model: REMINGTON 22 RIFLE  Nylon 66
Serial Number: ███
(Long Gun) or Handgun (Circle one)

**NCIC/MULES CHECK:** ✓   Date: 7/1/15  By ███ #1625
(Person Name/employee ID #)

Please attach criminal history to this form and forward to **Sgt DAN BECKMAN**.

## Manager Authorization

**Please indicate disposition below, sign, and return to the Evidence Unit.**

X  Return Firearm to Defendant/Owner   3rd party

___  **DESTROY** per departmental procedures

Notes: pending felony - 3rd party transfer only

**Property and Evidence Manager Signature:** ███  1240

**Date:** 8-15-15

**MH**