# Columbia, Missouri Police Department Record Request

This is a request for records maintained by the Columbia Police Department. These records may fall under Missouri Revised Statutes, Chapter 610 (the Missouri "Sunshine Law"). It is possible that these records or portions of them may not be open records under Missouri State Statutes and not available for release in part or whole.

Fields marked with an asterisk (*) are required.

## Contact Information

* Name: Mehrdad Fotoohighiam
* Address: P.O. Box 473
* City, State, Zip Code: Columbia, MO 65205
* Phone Number(s): 573-818-5794
* E-mail Address: Thebanyaziz@gmail.com

## Record Details

- I request that you make available to me the following records:

Status my Remington Rifle removed from my house by CPD in 2015!

Describe the records *as specifically* as possible. Use case numbers, if you have them, or relevant names or incident titles or inclusive dates. If you know the subject matter of the records but do not have additional information, describe what criteria/parameters you have.

In July 2015 CPD officers removed my .22 caliber Remington Rifle, which was one of my 18 guns from my house at 5503 Carrick Crt. Columbia, MO 65203, without a subpoena or a court order. I would like to get the complete report and its whereabouts.

If you believe your request serves the public interest, and is not for personal or commercial interest, you may ask that any fees be waived. Publication to a news journal, paper, or television broadcast does not necessarily mean a waiver of fees. Detail below reasoning for such waiver:

*[signature]*