Make request
All requests
Documents
Signed in
Signed in as **Mehrdad Fotoohighiam**

My settingsSign out

**Request Visibility:**
Unpublished

# Request 25-912

Closed

## Dates
**Received**
February 19, 2025 in person

## Requester
Mehrdad Fotoohighiam



## Invoices
No invoices due

## Staff assigned
**Departments**
Columbia Police Department
**Point of contact**
Emily Ayers

## Request
Status of my Remington Rifle removed from my house by CPD in 2015!

In July 2015 CPD Officers removed my .22 caliber Remington Rifle, which was on of my 18 guns from my house at 5503 Carrick Crt, Columbia, MO 65203, without a subpoena or a court order. I would like to get the complete report and it's whereabouts.

TimelineDocuments

Anyone with access to this request

## Request closed
Good Afternoon,

This is in response to your request for records received 2/18/2025.

Per Legal and the Evidence Unit they wish to have these records sent through Sunshine. I have attached a copy of the Evidence Records to this portal for your records.

Sincerely,

Columbia Police Department

February 19, 2025, 12:54pm by Staff

Anyone with access to this request

### Request reopened
February 19, 2025, 12:52pm by Staff

Requester + Staff

### Document(s) released to requester
Evidence Records_Redacted.pdf
February 19, 2025, 12:51pm by Staff

Requester + Staff

### Message from requester
Thank you for email directing me to contact CPD Evidence Dept. at ███████████. I just called that number and a woman who would not introduce herself with a hostile attitude told me I have to place my request through CPD Records Dept., as she would only release information about my destroyed Remington Rifle to your Department. I told her I have already filed a Sunshine Request and the record number is record request #25-912. She emphatically told me she will not give me any information or a copy of the incident report or status of my Remington Rifle, and that she will ONLY RELEASE THAT TO YOUR RECORDS DEPARTMENT!!!! Hence, I am back to square one, asking you to now get a copy of the same from that woman in CPD Evidence Dept. and provide it to me per my SUNSHINE LAW REQUEST #25-912, PLEASE!!!!!!!!!!!!!!!!!! Thank you, Dr. Mehrdad Fotoohighiam
February 19, 2025, 10:29am by the requester via email

Requester + Staff

### Message to requester
Good Morning,

The Sunshine Unit did not send any paperwork stating the weapon was destroyed. We were advised by our Evidence Unit that they provided the paperwork to you. Please contact our Evidence Department for the corresponding records you seek. Their phone number is 573-874-7328. They can provide you with any evidence related paperwork.

Sincerely,

Columbia Police Department
February 19, 2025, 10:02am by Staff

Requester + Staff

### Message from requester

I seem to have misplaced your written response to me pertaining to my Remington Rifle, which you stated CPD destroyed. Hence, I am requesting for a copy of what you already sent me, and I seem to have misplaced. Please provide me with a copy of the same correspondence you sent. Thank you. Dr. Mehrdad Fotoohighiam

February 19, 2025, 9:49am by the requester via email

Anyone with access to this request

### Request closed

Good Morning,

This is in response to your request for records received 2/18/2025.

You have requested:

"Status of my Remington Rifle removed from my house by CPD in 2015!

In July 2015 CPD Officers removed my .22 caliber Remington Rifle, which was on of my 18 guns from my house at 5503 Carrick Crt, Columbia, MO 65203, without a subpoena or a court order. I would like to get the complete report and it's whereabouts."

I am in receipt of your request. The Sunshine Unit has provided all documentation in relation to you from creation to 2024. I have confirmed with Evidence that the records they sent/provided to you are still current. The Evidence unit has provided you with all documents you have requested. The status has not been changed since your last request. The weapon remains destroyed. There are no further records to be provided at this time.

Sincerely,

Columbia Police Department

February 19, 2025, 9:40am by Staff

Requester + Staff

### Message to requester

Thank you for reaching out to the City of Columbia concerning your request for records. This is a system generated response to inform you that your request has been received in the portal and forwarded to the records custodian for the selected department. The records custodian will provide additional communication to you within the coming business days regarding the status of your request.

February 19, 2025, 7:52am

Anyone with access to this request

### Department assignment

Columbia Police Department
February 19, 2025, 7:52am by Staff

Anyone with access to this request

### Request opened

Request received in person
February 19, 2025, 7:52am by Staff