IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MEHRDAD FOTOOHIGHIAM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF COLUMBIA POLICE DEPARTMENT and COLUMBIA, MISSOURI,<br><br>Defendants. | ) | Case No.: 2:25-CV-04042-BP |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Parties, by and through their undersigned and respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal with prejudice of all claims and issues in this lawsuit. The parties further stipulate and agree that they shall each bear their own costs and expenses incurred in the prosecution and/or defense of this matter.

Respectfully submitted,

/s/ Thomas R. Carnes

Thomas R. Carnes #41570
3827 Gustine Avenue
St. Louis, MO 63116
TCarnes@AttySTL.com
Phone (314) 664-1001; Fax (314) 664-1002
***Attorneys for Plaintiff***

/s/ David S. Baker

David S. Baker #30347
Fisher, Patterson, Sayler & Smith, LLP
9393 W. 110th Street, Suite 300
Building 51, Corporate Woods
Overland Park, KS 66210
DBaker@fpsslaw.com
Phone: (913) 339-6757; Fax: (913) 660-7919
***Attorneys for Defendants***